**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5311
973.642.1900
FAX: 973.642.0099
WWW.EBGLAW.COM

April 3, 2013

**Via ECF and First Class Mail**

Honorable Steven C. Mannion, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, New Jersey  07101

  Re: Patient Care, LLC, a/s/o C.B. and V.G. v. United Water, et als.
     Civil Action No. 13-cv-1472-ES-SCM

Dear Judge Mannion:

  On behalf of the parties, I submit for consideration a proposed form of Consent Order Extending Defendant, United Water's, Time to File a Responsive Pleading.  Please sign the Order if it is acceptable and have your staff file the original with the Clerk.

  Thank you for your Honor's courtesy.

                Respectfully submitted,

                James P. Flynn

JPF:jmc
Enclosure
cc: Andrew R. Bronsnick, Esq. (w/encl. via ECF)

FIRM:20402045v1