EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey  07102
(973) 642-1900
Attorneys for Defendant
United Water New Jersey Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------x
PATIENT CARE ASSOCIATES, LLC, a/s/o   :   CIVIL ACTION NO. 13-1472 (ES)(SCM)
C.B and V.G.,                                              :
                                                                  :
                                         Plaintiffs,     :
                                                                  :   **CONSENT ORDER EXTENDING TIME**
*vs.*                                                            :   **TO ANSWER, MOVE OR OTHERWISE**
                                                                  :   **RESPOND TO THE COMPLAINT**
UNITED WATER; ABC CORP. (1-10) (said   :
names being fictitious and unknown entities),  :
                                                                  :
                                         Defendants.   :   *Document Filed Electronically*
                                                                  :
                                                                  :
-------------------------------------------------------x

This matter having been opened to the Court by Epstein Becker & Green,

P.C., attorneys for Defendant, United Water New Jersey Inc. (improperly pled as "United Water"

and hereinafter "defendant"), and the attorneys for plaintiff, Patient Care Associates, LLC, the

Court being fully advised and plaintiff, having conferred and agreed to the entry of the within

Consent Order, and good cause having been shown;

IT IS on this ____ day of _____, 2013;

ORDERED that the time in which defendant may answer or otherwise respond to

the Complaint be and hereby is extended to May 1, 2013; and it is further

ORDERED that a copy of this Order be served upon plaintiff's counsel within ____ days of the receipt hereof.

SO ORDERED:

_____

HON. STEVEN C. MANNION, U.S.M.J.

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

MASSOOD & BRONSNICK, LLC
Attorneys for Plaintiff

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant
United Water New Jersey Inc.

By:_____
ANDREW R. BRONSNICK
For the Firm

By:_____
JAMES P. FLYNN
A Member of the Firm

Dated:  April 2, 2013

Dated:  4/2/13