EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 642-1900

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PATIENT CARE ASSOCIATES, LLC, a/s/o C.B and V.G.,

            Plaintiffs,

vs.

UNITED WATER; ABC CORP. (1-10) (said names being fictitious and unknown entities),

            Defendants.

Civil Action No. 13-cv-1472-ES-SCM

**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**Document Electronically Filed**

---

To:    Andrew R. Bronsnick, Esq.
        Massood & Bronsnick, LLC
        50 Packanack Lake Road East,
        Wayne, New Jersey 07470.
        Attorneys for Plaintiff

**PLEASE TAKE NOTICE THAT**, on June 3, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant, United Water New Jersey Inc., through its attorneys Epstein Becker & Green, P.C. (James P. Flynn, Esq. appearing), will move before the Honorable Esther Salas, U.S.D.J. for an Order dismissing all claims of Plaintiff Patient Care Associates, LLC, a/s/o C.B. and V.G.

**PLEASE TAKE FURTHER NOTICE THAT** Defendant will rely on the accompanying memorandum of law and Certification of James P. Flynn, with attached exhibits.

**PLEASE TAKE FURTHER NOTICE THAT** Defendant has also submitted a proposed form of order, and requests oral argument.

DATED: May 1, 2013

*s/ James P. Flynn*
James P. Flynn
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5003
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Email: Jflynn@ebglaw.com